

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00127-CR

_____

IN RE STATE OF TEXAS

Original Mandamus Proceeding

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Marlon Kelly is under indictment on a charge of capital murder and awaits trial. On June 1, 2021, after several continuances were granted in the case, the 123rd Judicial District Court of Panola County declared that no further continuances would be allowed, and trial proceedings were set to begin October 18, 2021, with voir dire set to occur the following day. Approximately two weeks before trial, both Kelly and the State filed motions for continuance, but, after a hearing, the trial court denied the motions. The State filed a motion for emergency relief and a petition for a writ of mandamus asking this Court to order the 123rd Judicial District Court of Panola County to grant its motion for continuance.

Seeking the same relief, the State also petitioned the Texas Court of Criminal Appeals for a writ of prohibition. *See* TEX. R. APP. P. 72.1. On October 15, 2021, the Texas Court of Criminal Appeals ordered the trial court to file a response to the State's motion within the thirty days and stayed the trial proceedings scheduled to begin October 18, 2021, pending responses from the parties and further order of the Court.[1] Because the Texas Court of Criminal Appeals has stayed Kelly's trial proceedings, the State has received the relief requested from this Court in its motion for emergency relief and its petition for a writ of mandamus.

---

[1]Texas Court of Criminal Appeals case number WR-983, 194-01.

Accordingly, the State's motion for emergency relief and petition for a writ of mandamus are denied as moot.


                                              Josh R. Morriss, III
                                              Chief Justice

Date Submitted:        October 19, 2021
Date Decided:          October 20, 2021

Do Not Publish

3